**HON. JOHN L. SINATRA, JR.**
Sentencing Timeline

USA v.   Michael Regan            Case #   21-cr-135

<span style="color:red">**FAILURE TO ADHERE TO THESE DEADLINES WILL RESULT IN AN ADJOURNMENT OF SENTENCING***</span>

| Presentence Report to Defendant, Defendant's Counsel & AUSA — 45 days prior | **Due:** December 11, 2023 |



| Statements with Respect to Sentencing Factors / Objections to Presentence Report / Sentencing Motions & Sentencing Memoranda — 31 days prior | **Due:** December 25, 2023 |



| Responses to Sentencing Motions / Responses to Sentencing Memoranda / Responses to Objections — 21 days prior | **Due:** January 4, 2024 |



| Presentence Report to Court — 14 days prior | **Character Letters*** — 14 days prior | **Due:** January 11, 2024 |



| Motions to Adjourn — 10 days prior | **Due:** January 15, 2024 |



| Sentencing Date — at least 120 days after the plea or verdict | **Date:** January 25, 2024   **Time:** 10:00 AM |

*If this schedule is issued after an adjournment of sentencing, the PSR may have already been filed, in which case the PSR deadline is moot. **All other deadlines apply.** It is the parties' responsibility to contact Probation, if it is unclear whether a PSR will be updated following an adjournment of the sentencing date.

**Sentencing letters should not be sent by their authors directly to the Court; any such letters will be forwarded to the appropriate counsel of record via U.S. Postal Mail and will not be docketed by the Court. The Court will not retain a copy. It is counsel's responsibility to provide authors counsel's mailing address for sentencing letters and, then, counsel must file the letters on the docket, if appropriate.